**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Mark's Pool Service, LLC | : | Case No. 25-10348 (PMM) |
| | : | |
| Debtor. | : | |

# O R D E R

**AND NOW,** the Debtor has elected to proceed under Subchapter V of Chapter 11 of the United States Bankruptcy Code, it is hereby

**ORDERED** that:

1. A Status Conference as required by 11 U.S.C. §1188 is **SCHEDULED** via Zoom teleconference for **Tuesday, March 25, 2025, at 11:00 a.m.**

https://www.zoomgov.com/j/1615186027?pwd=c7jBKNm5jiQ1moNWebPWfDuiraeD93.1
Meeting ID: 161 518 6027
Passcode: 797919

2. The Debtor shall file a status report as required by 11 U.S.C. §1188(c) on or before **March 18, 2025**.

Date: January 29, 2025

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**